**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SARAH A. SOLLENBERGER, | : | No. 443 MAL 2024 |
| | : | |
| Respondent | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 1093 MDA |
| | : | 2023 entered on August 9, 2024, |
| JASON D. FUNK, | : | **affirming and vacating** the Order |
| | : | of the York County Court of |
| Petitioner | : | Common Pleas at No. 03209 SA |
| | : | 2004 entered on June 9, 2023 |

| | | |
|---|---|---|
| GINA R. PARKS, | : | No. 444 MAL 2024 |
| | : | |
| Respondent | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 998 MDA |
| | : | 2023 entered on August 9, 2024, |
| JASON D. FUNK, | : | **affirming and vacating** the Order |
| | : | of the York County Court of |
| Petitioner | : | Common Pleas at Nos. CP-67- |
| | : | SA-1248-2019, DRO 123142 and |
| | : | Pacses No. 388116875 entered |
| | : | on June 9, 2023 |

<u>**ORDER**</u>

**PER CURIAM**                                                    **DECIDED: June 24, 2026**

**AND NOW**, this 24th day of June, 2026, the Petitions for Allowance of Appeal are **GRANTED**, the Superior Court's orders are **VACATED**, and the cases are **REMANDED** to that court for reconsideration in light of *Bredbenner v. Hall*, --- A.3d ---, 2026 WL 852526 (Pa. filed Mar. 26, 2026).